**ORIGINAL**

AUSA JONATHAN KOLODNER
TEL. (212) 637-2561

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| United States District Court | DISTRICT: SOUTHERN DISTRICT OF NEW YORK |
|---|---|

| UNITED STATES OF AMERICA v. RAMON PAULINO | DOCKET NO. M-14-2079-M  02 Cr. 437 (RWS) | MAGISTRATE'S CASE NO. |
|---|---|---|

| WARRANT ISSUED ON THE BASIS OF: X Order of Court  ☐ Indictment ☐ Information ☐ Complaint | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED: RAMON PAULINO |
|---|---|

United States District Court
Southern District of Texas
FILED
OCT 27 2014
Clerk of Court

| TO: ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |
|---|---|

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Failure to appear.

| IN VIOLATION OF | UNITED STATES CODE TITLE: 18 | SECTION: § 3146 |
|---|---|---|

| BAIL | OTHER CONDITIONS OF RELEASE |
|---|---|

| ORDERED BY: HON: ROBERT W. SWEET, USDJ. | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE): Robert Sweet | DATE ORDERED: 11-22-02 |
|---|---|---|
| CLERK OF COURT (ACTING): J. MICHAEL McMAHON | (BY) DEPUTY CLERK: Hailary Sim | DATE ISSUED: 11/25/02 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 02/13/2002 | NAME AND TITLE OF ARRESTING OFFICER: Trayon J. Murray, DUSM | SIGNATURE OF ARRESTING OFFICER: Trayon J. Murray |
|---|---|---|
| DATE EXECUTED: 10/24/2014 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

647417