# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:02-cr-00437-RWS-1

m-14- 2079- ms

| | |
|---|---|
| Case title: USA v. Paulino | Date Filed: 04/15/2002 |
| Magistrate judge case number: 1:02-mj-00292 | |

Assigned to: Judge Robert W. Sweet

**Defendant (1)**

**Ramon Paulino**   represented by **Andres M. Aranda**
Aranda & Guttlein
291 Broadway
Suite 707
New York, NY 10007
(212) 608-7575
*LEAD ATTORNEY*
*Designation: Retained*

United States District Court
Southern District of Texas
FILED

OCT 27 2014

Clerk of Court

**Pending Counts**                                                **Disposition**

21:846=ND.F CONSPIRACY TO
DISTRIBUTE AND TO POSSESS WITH
INTENT TO DISTRIBUTE COCAINE)
(1)

21:841B=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE AND
POSSESSION WITH INTENT TO
DISTRIBUTE 5 KG AND MORE OF
COCAINE)
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                     **Disposition**

21 U.S.C. 812, 841(a)(1), (b)(1)(B) & 846:
NARCOTICS CONSPIRACY. [ 1:02-m -
292 ]

**Plaintiff**

**USA**          represented by   **Jonathan Samuel Kolodner**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212)-225-2690
Fax: (212)-225-3999
Email: jkolodner@cgsh.com
*LEAD ATTORNEY*

**Roberto Finzi**
U.S. Attorney's Office, SDNY (St Andw's)

One St. Andrew's Plaza
New York, NY 10007
(212) 637-2200
Fax: (212) 637-2452
Email: Roberto.Finzi@usdoj.gov
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2002 | 1 | COMPLAINT as to Ramon Paulino in violation of 21 U.S.C. 812, 841(a)(1), (b)(1)(B) & 846. ( signed by Magistrate Judge Kevin Nathaniel Fox ) [ 1:02-m -292 ] (gq) (Entered: 02/14/2002) |
| 02/13/2002 | | ARREST of Ramon Paulino [ 1:02-m -292 ] (gq) (Entered: 02/14/2002) |
| 02/13/2002 | 2 | NOTICE of Appearance for Ramon Paulino by Attorney Andres Aranda [ 1:02-m -292 ] (gq) (Entered: 02/14/2002) |
| 02/13/2002 | | First Appearance as to Ramon Paulino held. Deft appears with atty Andres Aranda. AUSA Jonathan S. Kolodner by Roberto Finzi present for the gov't. Spanish interpreter present. Agreed bail package: $150,000 PRB. 3 FRP's - Victoria Taveras; Martha Maria Crucey and Adani Paulino. Travel restricted to SDNY & EDNY. Surrender travel documents and no new applications. Strict pretrial supervision. Preliminary Examination set for 3/15/02 for Ramon Paulino ; (before Magistrate Judge Kevin Nathaniel Fox). [ 1:02-m -292 ] (gq) (Entered: 02/14/2002) |
| 02/13/2002 | 3 | PRB APPEARANCE BOND filed by Ramon Paulino in the Amount of $150,000. To be cosigned by 3 financially responsible person's (Vitoria Taveras, Martha Maria Crucey and Adani Paulino). Travel restricted to SDNY and EDNY. Surrender travel documents and no new applications. Strict pretrial supervision. [ 1:02-m -292 ] (gq) (Entered: 02/14/2002) |
| 02/13/2002 | 4 | Order of advice of penalties and sanctions as to Ramon Paulino. [ 1:02-m -292 ] (gq) (Entered: 02/14/2002) |
| 03/15/2002 | 5 | ORDER as to Ramon Paulino, to Continue in Interests of Justice time is excluded from 3/15/02 to 4/15/02 ( Signed by Magistrate Judge Frank Maas ); Copies mailed. [ 1:02-m -292 ] (kw) (Entered: 03/15/2002) |
| 04/15/2002 | 6 | INDICTMENT as to Ramon Paulino (1) count(s) 1, 2 (Preliminary Examination |

| | | |
|---|---|---|
| | | cancelled.) (jm) (Entered: 04/17/2002) |
| 04/15/2002 | | CASE Assigned to Judge Robert W. Sweet (jm) (Entered: 04/17/2002) |
| 04/22/2002 | | Arraignment as to Ramon Paulino held Ramon Paulino (1) count(s) 1, 2 before Judge Robert W. Sweet (jb) (Entered: 04/23/2002) |
| 04/22/2002 | | PLEA entered by Ramon Paulino . Court accepts plea. Not Guilty: Ramon Paulino (1) count(s) 1, 2 (jb) (Entered: 04/23/2002) |
| 04/22/2002 | | PRETRIAL CONFERENCE as to Ramon Paulino held before Judge Robert W. Sweet. Deft. present with atty. Jorge Guttlein; AUSA Jonathan Kolodner present. Deft. arraigned before the Court. Deft. pleas NOT GUILTY to count 1 & 2. Case assigned to Judge Sweet for all purpose. Bail set previously at $150,000 PRB, co-signed by 3 FRP, strict Pretrial supervison, surrender travel documents. Discovery by 5/6/02, motions by 5/29/02, trial 6/10/02. Time is excluded from 4/22/02 to 6/10/02. Deft. cont'd on bail as set. (jb) (Entered: 04/23/2002) |
| 04/22/2002 | | ORAL ORDER as to Ramon Paulino , set scheduling order deadlines: Discovery cutoff to 5/6/02 for Ramon Paulino ; Motion Filing to 5/29/02 for Ramon Paulino ; Jury Trial for 6/10/02 for Ramon Paulino ; ( Entered by Judge Robert W. Sweet ) (jb) (Entered: 04/23/2002) |
| 04/22/2002 | | Bail hearing as to Ramon Paulino held before Judge Robert W. Sweet. Deft. present with atty. Jorge Guttlein. AUSA Jonathan Kolodner. Interpreter David Mintz present. Bail disposition: $150,000 PRB, cosigned by 3 FRP, Strict PreTrial Supervision. Surrender travel documents. (jb) (Entered: 04/25/2002) |
| 06/03/2002 | | Arraignment as to Ramon Paulino held Ramon Paulino (1) count(s) 1, 2 before Magistrate Judge Michael H. Dolinger. AUSA Jonathan Kolodner. Deft present w/ Atty Jorge Guttlein. Spanish Interpreter present. Consent to proceed before a Magistrate Judge filed. Deft pleads guilty to count 1 and 2. Sentence date set for 9/30/02 at 9:00am before Judge Sweet. Bail continued. (ac) (Entered: 06/07/2002) |
| 06/03/2002 | | PLEA entered by Ramon Paulino . Court accepts plea. Guilty: Ramon Paulino (1) count(s) 1, 2 (ac) (Entered: 06/07/2002) |
| 06/03/2002 | | Sentencing set for 9:00 9/30/02 for Ramon Paulino , Ramon Paulino (1) count(s) 1, 2 (ac) (Entered: 06/07/2002) |
| 06/06/2002 | 7 | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE ON A FELONY PLEA ALLOCUTION by Ramon Paulino (ac) (Entered: 06/07/2002) |
| 07/02/2002 | 8 | ORDER as to Ramon Paulino: with the dft's consent, his guilty plea allocution was taken before Magistrate Judge Michael H. Dolinger, on 6/3/02, a transcript of the allocution was made and thereafter transmitted to the District Court; and upon review of that transcript, this Court has determined that the dft entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea, IT IS HEREBY ORDERED that the dft's guilty plea is accepted. It is so Ordered. ( Signed by Judge Robert W. Sweet ); Copies mailed. (ja) (Entered: 07/10/2002) |
| 08/14/2002 | 9 | TRANSCRIPT of record of proceedings as to Ramon Paulino for dates of 6/3/02 at 2:35 p.m., before Magistrate Judge Michael H. Dolinger. (ph) (Entered: 08/15/2002) |
| 10/22/2002 | | ORAL ORDER as to Ramon Paulino , set Sentencing for 9:30 11/8/02 for Ramon Paulino . Parties are notified. Defendant continued on bail as set. ( Entered by Judge Robert W. Sweet ) (ph) (Entered: 10/24/2002) |

| | | |
|---|---|---|
| 11/05/2002 | 10 | SENTENCING OPINION # 87670 as to Ramon Paulino, In light of the foregoing, Paulino shall be sentenced to 60 months in prison, to be followed by 5 years of supervised release. He will also pay a mandatory special assessment of $200.00. The sentence is subject to further hearing on 11/8/02. It is so Ordered. ( Signed by Judge Robert W. Sweet ); (ac) (Entered: 11/07/2002) |
| 11/21/2002 | | Status conference as to Ramon Paulino held before Judge Robert W. Sweet. AUSA Kolander not present. Deft not present. Deft atty Jorge Gutlein present. Court extends Bench Warrant previously ordered. (jw) (Entered: 11/22/2002) |
| 11/25/2002 | 11 | ARREST WARRANT issued as to Ramon Paulino. (ph) (Entered: 11/26/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2014 10:09:40 | | | |
| PACER Login: | us0288:2650724:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:02-cr-00437-RWS |
| Billable Pages: | 3 | Cost: | 0.30 |